IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br><br><br><br>               vs.<br><br><br>CHRISTINE MCCLISTER,<br><br>        Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 2:02-CR-87 TS |

This matter is before the Court for consideration of Defendant's *Pro Se* Motion for Early Termination of Supervised Release.  The government has indicated that it will not file an opposition to the Motion.

Defendant was indicted on February 6, 2002, on charges of conspiracy to manufacture methamphetamine.  On March 11, 2003, Defendant pleaded guilty to Count III of the Indictment. Defendant was sentenced on September 18, 2003, to a term of thirty months imprisonment and forty-eight months of supervised release.  Defendant began her term of supervised release on September 15, 2005.

DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and case file, and has consulted with Defendant's supervising officer.  The Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 422) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED June 17, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge

2